1  VERONICA ARECHEDERRA HALL
   Nevada Bar No. 005855
2  veronica.hallesq@gmail.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorney for Defendant,
   Las Vegas Sands Corporation*

7

8
   **UNITED STATES DISTRICT COURT**
9
   **DISTRICT OF NEVADA**
10

11  HEATHER KAUFMANN, an individual,    CASE NO: 2:19-cv-001102-APG-BNW

12             Plaintiff,

13  vs.
                                         **STIPULATION AND ORDER TO**
14  LAS VEGAS SANDS CORPORATION, a       **NAME CORRECT PARTY AND**
    Domestic Corporation; DOES I - X; and ROE  **AMEND CAPTION**
15  CORPORATIONS I - X.

16             Defendants.

17      On June 25, 2019, Plaintiff Heather Kaufmann ("Plaintiff") filed her Complaint in the above-

18  captioned action. Plaintiff mistakenly named Las Vegas Sands Corporation as a party. The proper party

19  should have been identified as Venetian Casino Resort, LLC. Therefore,

20      IT IS HEREBY STIPULATED by and between counsel for Plaintiff and counsel for Venetian Casino

21  Resort, LLC, that Venetian Casino Resort, LLC be substituted for Las Vegas Sands Corporation for the

22  purposes of this lawsuit. As such, the caption in this suit shall be amended to read *Heather Kaufmann v.*

23  *Venetian Casino Resort, LLC*.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

IT IS FURTHER STIPULATED that Venetian Casino Resort, LLC waives separate service under Fed. R. Civ. P. 5 of the Complaint and shall file its responsive pleading in accordance with the service upon Las Vegas Sands Corporation.

DATED this 15th day of July, 2019.

HALL JAFFE & CLAYTON, LLP

/s/ Veronica Arechederra Hall

VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 005855
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*Las Vegas Sands Corporations*

DATED this 15th day of July, 2019.

HKM EMPLOYMENT ATTORNEYS LLP

/s/ Jenny L. Foley

JENNY L. FOLEY, PH.D., ESQ.
Nevada Bar No. 009017
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
1785 E. Sahara Ave., Ste. 300
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this 16 day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE