1  VERONICA ARECHEDERRA HALL
   Nevada Bar No. 005855
2  veronica.hallesq@gmail.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  *Attorney for Defendant,*
   *Las Vegas Sands Corporation*

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  HEATHER KAUFMANN, an individual,          CASE NO: 2:19-cv-001102-APG-BNW

12                 Plaintiff,

13  vs.
                                              **STIPULATION AND ORDER TO**
14  LAS VEGAS SANDS CORPORATION, a            **EXTEND TIME FOR DEFENDANT TO**
    Domestic Corporation; DOES I - X; and ROE **RESPOND TO COMPLAINT**
15  CORPORATIONS I - X.                       **(First Request)**

16                 Defendants.

17         IT IS HEREBY STIPULATED AND AGREED, by the Plaintiff, HEATHER KAUFMANN

18  ("Plaintiff"), by and through her undersigned counsel, JENNY L. FOLEY, PH.D., ESQ. and MARTA D.

19  KURSHUMOVA, ESQ., of HKM EMPLOYMENT ATTORNEYS, LLP, and by the Defendant, LAS

20  VEGAS SANDS CORPORATION ("Defendant"), by and through its undersigned counsel, VERONICA

21  ARECHEDERRA HALL, ESQ., of HALL JAFFE & CLAYTON, LLP, that Defendant shall have up to and

22  including August 2, 2019, to respond to Plaintiff's Complaint and Jury Demand (doc. #1).

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

This is the first request for an extension of time to respond to Plaintiff's Complaint, and is made in good faith and not for the purpose of delay.

DATED this 15th day of July, 2019.

HALL JAFFE & CLAYTON, LLP


*/s/ Veronica Arechederra Hall*
_____
VERONICA ARECHEDERRA HALL, ESQ.
Nevada Bar No. 005855
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*Las Vegas Sands Corporations*

DATED this 15th day of July, 2019.

HKM EMPLOYMENT ATTORNEYS LLP


*/s/ Jenny L. Foley*
_____
JENNY L. FOLEY, PH.D., ESQ.
Nevada Bar No. 009017
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
1785 E. Sahara Ave., Ste. 300
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this __16__ day of July, 2019.


_____
UNITED STATES MAGISTRATE JUDGE

2