1  VERONICA ARECHEDERRA HALL
   Nevada Bar No. 005855
2  veronica.hallesq@gmail.com

3  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702) 316-4114

6  *Attorney for Defendant,*
   *Venetian Casino Resort, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER KAUFMANN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC, a domestic corporation; DOES I – X; and ROE CORPORATIONS I – X,<br><br>Defendants. | CASE NO.  2:19-cv-001102-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Heather Kaufmann and Defendant Venetian Casino Resort, LLC, by and through their respective counsel, that the above-captioned action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own attorneys' fees and costs.

///

///

///

///

///

///

///

///

Further, this Court shall retain jurisdiction over any dispute arising from the resolution of this matter.

Dated this 7th day of November, 2019                Dated this 7th day of November, 2019

HALL JAFFE & CLAYTON, LLP                          HKM Employment Attorneys LLP


*/s/ Veronica Arechederra Hall*                    */s/    Jenny L. Foley*
VERONICA ARECHEDERRA HALL, ESQ.                    JENNY L. FOLEY, PhD., ESQ.
Nevada Bar No. 005855                              Nevada Bar No. 9017
7425 Peak Drive                                    MARTA D. KURSHUMOVA, ESQ.
Las Vegas, Nevada 89128                            Nevada Bar No. 14728
*Attorney for Defendant,*                          1785 East Sahara, Suite 300
*Venetian Casino Resort, LLC*                      Las Vegas, NV 89104
                                                   *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2019.